# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142834

FRANK DEBEUL,
      Plaintiff-Appellee,

v

                                    SC: 142834
                                    COA: 296094
                                    Oakland CC: 2008-094349-NO

BARTON MALOW COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2011

0706

                    Clerk